UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MT. LOOKOUT CHIROPRACTIC CENTER, INC., individually and on Plaintiff(s),

v.

WEI LABORATORIES, INC. and DOES 1-10,
            Defendant(s).

Case No. 12-CV-03046-YGR

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/28/12                                                    [Party]

Dated: 8/29/12                                                    [Counsel] Willem F. Jonckheer