UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. LOOKOUT CHIROPRACTIC CENTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WEI LABORATORIES,<br><br>　　　　　Defendant.<br>_____/ | No. C 12-03046 YGR (DMR)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE** |

Plaintiff's motion to appear telephonically at the December 7, 2012 settlement conference (Docket No. 23) is denied. As Plaintiff's lead counsel is unable to appear in person due to his post-surgical recovery, and as it appears that a brief continuance will not prejudice the parties, the court hereby vacates the December 7, 2012 proceeding. The parties shall immediately contact Judge Ryu's courtroom deputy (Ivy Garcia, 510-637-3639) to reschedule the conference for the next available date. If that date extends beyond the settlement conference deadline set by Judge Gonzalez Rogers, the parties shall jointly apply to Judge Gonzalez Rogers for a brief extension of that deadline.

　　　IT IS SO ORDERED.

Dated: December 5, 2012

_____
DONNA M. RYU
United States Magistrate Judge