UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MT. LOOKOUT CHIROPRATIC CENTER

        Plaintiff(s),

   v.

WEI LABORATORIES

        Defendant(s).
_____/

No. C-12-03046-YGR (DMR)

**ORDER VACATING SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The parties to this matter have advised the Court that they have agreed to a settlement. Therefore, you are hereby notified that the Settlement Conference set for **March 8, 2013** before the Honorable Donna M. Ryu is VACATED.

Dated:  March 6, 2013

                                                _____
                                                DONNA M. RYU
                                                United States Magistrate Judge

*IT IS SO ORDERED*