ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com

Local Counsel for Plaintiff

BRIAN J. WANCA
ANDERSON & WANCA
3701 Algonquin Road, Ste 760
Rolling Meadows, IL 60008
Telephone: (847)368-1500
Facsimile: (847)368-1501
bwanca@andersonwanca.com

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. LOOKOUT CHIROPRACTIC CENTER, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>WEI LABORATORIES, INC. and JOHN DOES 1-10,<br><br>Defendants. | No.   CV 12 03046<br><br>**JOINT STIPULATION TO VOLUNTARILY DISMISS** |



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
3/22/13

1

Pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff MT. LOOKOUT CHIROPRACTIC CENTER, INC., and Defendant WEI LABORATORIES, INC., through their undersigned attorneys, hereby stipulate to voluntarily dismiss this action with prejudice, all parties to bear their own attorneys fees and costs. Rule 23(e) does not apply because no class was certified. Putative class claims are dismissed without prejudice.

Defendant, its officers, directors and shareholders are enjoined, restrained and prohibited from sending advertisements to Plaintiff by facsimile without prior express permission or invitation and without the opt out language as required by 47 C.F.R. 64.1200.

MT. LOOKOUT CHIROPRACTIC CENTER INC.

By: s/ Willem F. Jonckheer
WILLEM F. JONCKHEER
ROBERT C. SCHUBERT
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA  94111
Telephone:  415-788-4220
Facsimile:  415-788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com

*Local Counsel for Plaintiff*

By: s/ Brian J. Wanca
BRIAN J. WANCA
RYAN M. KELLY
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847-368-1500
Facsimile:  847-368-1501
bwanca@andersonwanca.com

*Counsel for Plaintiff*

2

WEI LABORATORIES, INC.


By: s/ Ronald S. Kravitz
RONALD S. KRAVITZ
LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP
199 Fremont Street, 20th Floor
San Francisco, CA  94105-2255
Telephone: 415-489-7700
Facsimile: 415-489-7701

*Counsel for Defendant*


### ATTESTATION

I, Willem F. Jonckheer, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.


Dated: March 6, 2013                                                                  By: s/ *Willem F. Jonckheer*
                                                                                                    Willem F. Jonckheer

                                                                                                    Local Counsel for Plaintiff